# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 25-cv-25988-DPG

BRIDLINGTON BUD LTD,

      Plaintiff,

  v.

The Partnerships, Unincorporated Associations Identified
on Schedule A,

      Defendants.

_____ /

## <u>NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF</u>

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files

this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint

ECF No. [1], attached hereto.


DATED: December 20, 2025.        Respectfully submitted,

       /s/ Andrew Palmer
       Andrew J. Palmer
       Palmer Law Group, P.A.
       401 E Las Olas Blvd, Suite 1400
       Fort Lauderdale, FL 33301
       Phone: 954-771-7050
       ajpalmer@palmerlawgroup.com
       *Attorney for Plaintiff*

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|--------|----------------|-------------------------------|
| 1 | SnugHub | https://www.walmart.com/global/seller/102891342 |
| 2 | Moonyu | https://www.walmart.com/global/seller/102804826 |
| 3 | Modish Market | https://www.walmart.com/global/seller/102905346 |
| 4 | HCXR | https://www.walmart.com/global/seller/102791242 |
| 5 | Gesh | https://www.walmart.com/global/seller/102873051 |