UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25988-DPG

BRIDLINGTON BUD LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, and Pursuant to Federal Rule of Civil Procedure 7.1, affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock.

DATED: December 20, 2025.    Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***

1