**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-25988-GAYLES**

**BRIDLINGTON BUD LTD.,**

    **Plaintiff,**

**v.**

**THE PARTNERSHIPS,**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A,**

    **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Bridlington Bud Ltd.'s ("Bridlington") Motion for Entry of Default Judgment as to Certain Defendants (the "Motion"). [ECF No. 22]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On December 19, 2025, Plaintiff filed this action against the Partnerships and Unincorporated Associations identified on Schedule A (collectively, "Defendants"), alleging claims for trademark infringement (count one) and false designation of origin (count two). [ECF No. 1].

2. On March 26, 2026, following Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets, [ECF No. 7], the Court entered a Temporary Restraining Order against Defendants. [ECF No. 11].

3. On April 1, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process, [ECF No. 10], Plaintiff served Defendants via e-mail. [ECF No. 14]. Defendants failed to timely answer or otherwise respond to the Complaint.

4.      On April 9, 2026, the Court issued a preliminary injunction against Defendants for their alleged trademark infringement. [ECF No. 18].

5.      On April 23, 2026, on Plaintiff's motion, [ECF No. 19], the Clerk entered a default against Defendants SnugHub, Moonyu, Modish Market, and HCXR (together, the "Defaulting Defendants"). [ECF No. 20].[1]

6.      On April 25, 2026, Plaintiff filed the instant Motion seeking a default judgment against the Defaulting Defendants. [ECF No. 22].

7.      As a result of the Defaulting Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement and a false designation of origin.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 22], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not move for default against Defendant Gesh because, according to Plaintiff, Defendant Gesh "has communicated with Plaintiff and agreed to an extension of time to file its answer to the Complaint by May 13, 2026." [ECF No. 19, Plaintiff's Motion for Clerk's Entry of Default, ¶ 5]. However, Defendant Gesh's deadline to respond to Plaintiff's Complaint was April 22, 2026. [ECF No. 14]. To date, Defendant Gesh has neither responded to Plaintiff's Complaint nor sought an extension. Accordingly, within five (5) days of the date of this Order, Plaintiff shall move for default against Defendant Gesh.